Case 2:11-cr-02110-RMP   Document 80   Filed 12/04/13

PROB 12C
(7/93)

Report Date: December 4, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 4 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre Alexander James    Case Number: 2:11CR02110-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: March 8, 2012

Original Offense:        Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison 30 months                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Jane Kirk                       Date Supervision Commenced: November 15, 2013

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: November 14, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall reside in a residential reentry center (RRC) for a period up to 180 days. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility. |
|   | **Supporting Evidence**: Andre Alexander James failed to comply with the conditions of his supervision by failing to return to the residential reentry center (RRC) by 4:00 p.m., on December 3, 2013. Consequently, Mr. James is now on abscond status, and his whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: James, Andre Alexander**
**December 4, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 4, 2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

12/4/13
Date